SADIE BOYLE, BY NEXT FRIEND, ETC., RESPONDENT, v. MANUFACTURERS LIABILITY INSURANCE COMPANY, APPELLANT.

Submitted March 27, 1922—Decided April 28, 1922.

On appeal from the Supreme Court, whose opinion is reported in 96 *N. J. L.* 380.

For the respondent, *Benjamin Gross.*

For the appellant, *Randolph Perkins.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Minturn, in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, PARKER, KALISCH, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK, JJ. 13.

*For reversal*—None.